UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

     Plaintiff,

     -v.-

Approximately $47,659.52 formerly held in account
numbered 6901768747 held in the name of Torfinex
Corp. at Bank of New York; and

Approximately $27,032.05 formerly held in account
numbered 6902748448 in the name of Torfinex Corp.
at Bank of New York;

     Defendants-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     :
     :
     :
     :   DECLARATION OF
        ASSISTANT UNITED STATES
     :   <u>ATTORNEY ALEXANDER J. WILSON</u>
     :   19 Civ. 2191 (JPO)
     :
     :
     :
     :

STATE OF NEW YORK     )
COUNTY OF NEW YORK    : ss.:
SOUTHERN DISTRICT OF NEW YORK )

   ALEXANDER J. WILSON, under penalty of perjury, declares:

   1.  I am an Assistant United States Attorney in the Office of Geoffrey S. Berman, United States Attorney for the Southern District of New York, attorney for plaintiff herein.  I have responsibility for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this case.  This Declaration is submitted in support of the Government's application for a Judgment of Forfeiture with respect to the above-captioned Defendants-*in-rem*.

   2.  On March 12, 2019, the United States commenced an *in-rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint").   The Verified Complaint alleged that the Defendants-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A).

3.      Beginning on or about March 14, 2019, and continuing through April 12, 2019, the Government published notice of the Verified Complaint for Forfeiture against the Defendants-*in-rem*, on the official government internet site, www.forfeiture.gov for at least 30 consecutive days, and proof of such publication was filed with the Clerk of this Court on August 13, 2019 (D.E. 5).

4.      As set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site.

5.      No claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

6.      Accordingly, the Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture attached hereto as Exhibit A.

7.      There has been no prior application for the relief sought herein.   I declare the foregoing to be true and correct pursuant to Title 28, United States Code, Section 1746.

Dated:   New York, New York
         August 13, 2019

_____
ALEXANDER J. WILSON
Assistant United States Attorney

2