# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
UNITED STATES OF AMERICA,             :
                                      :
                Plaintiff,            :
                                      :   JUDGMENT OF FORFEITURE
            -v.-                      :
                                      :   19 Civ. 2191 (JPO)
Approximately $47,659.52 formerly held in account
numbered 6901768747 held in the name of Torfinex   :
Corp. at Bank of New York; and
                                      :
Approximately $27,032.05 formerly held in account
numbered 6902748448 in the name of Torfinex Corp.  :
at Bank of New York;
                                      :
            Defendants-*in-rem*.
                                      :
------------------------------------- x

        WHEREAS, on or about March 12, 2019, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendants-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A);

        WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 14, 2019, through April 12, 2019, and proof of such publication was filed with the Clerk of this Court on August 13, 2019 (D.E. 5);

        WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to

adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

3. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
   August___, 2019

SO ORDERED:

_____
THE HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE